UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0509 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON SEPTEMBER 29, 2009, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| CHRISTOPHER ROBERSON, | ) ) | |
| | ) | Date:     September 29, 2009 |
| | ) | Time:     10:00 a.m. |
| Defendant. | ) | Court:    Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on September 29, 2009, at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between May 19, 2009 and September 29, 2009 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on September 29, 2009, at 10:00 a.m., and that time between May 19, 2009 and September 29, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 29, 2009, & TO EXCLUDE TIME
No. CR-08-0509 SBA

1 for consideration by the Court of a proposed plea agreement to be entered into by the defendant
2 and the attorney for the government.
3      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
4 Presentence Investigation Report. Defense counsel is ordered to provide a copy of this order to
5 the United States Probation Office.
6
7 DATED:_5/18/09                          _____
                                                              HON. SAUNDRA BROWN ARMSTRONG
8                                                               United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28