UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>CHRISTOPHER ROBERTSON,<br>　　　　Defendant. | Case No:  CR 08-0509 SBA<br><br>**ORDER** |

　　On May 23, 2011, Defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.  IT IS HEREBY ORDERED THAT the Government respond to Defendant's motion no later than June 20, 2011 and that the Defendant file any reply to the Government's response no later than July 18, 2011.  Upon the filing of these papers, the matter will be deemed submitted.

　　IT IS SO ORDERED.

Dated:  May 31, 2011　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

TELLAS JETT et al,

        Defendant.
_____/

                              Case Number: CR08-00509 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris Roberson #12121-111
P.O. box 5300
Adelanto, CA 92301

Dated: May 31, 2011
                                      Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk